**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-1304

KATHRYN DUVALL,

Plaintiff - Appellant,

v.

HONEYWELL TECHNOLOGY SOLUTIONS, INCORPORATED, a Delaware
Corporation; HONEYWELL INTERNATIONAL, INCORPORATED, a Delaware
Corporation,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  C. Weston Houck, Senior District
Judge.  (2:06-cv-03544-CWH)

Submitted:  June 19, 2008          Decided:  June 23, 2008

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kathryn Duvall, Appellant Pro Se.  Margaret League Boylston,
PETERS, MURDAUGH, PARKER, ELTZROTH & DETRICK, PA, Hampton, South
Carolina, Benjamin Phillip Glass, OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, PC, Charleston, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kathryn Duvall appeals the district court's order granting Defendant's summary judgment motion on her defamation claim. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order.[*] See <u>Duvall v. Honeywell Tech. Solutions, Inc.</u>, No. 2:06-cv-03544-CWH (D.S.C. filed Feb. 6, 2008; entered Feb. 8, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*]Although Duvall summarily requests an order redacting all of her personal information and work history from the court's records, as well as an order sealing the court's records, because she has not established she is entitled to this relief, we deny Duvall's requests.